IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIVE FACE ON WEB, LLC | : |
| **Plaintiff,** | : |
| v. | : |
| WEBSITETALKINGHEADS.COM A/K/A WEB SITE TALKING HEADS D/B/A ASSOCIATION OF WORKING TALENT INC, JED KNUDSEN, JENNIFER KNUDSEN, KARINA KNUDSEN, ERICKA DEIM | : NO. 2:11-07327 |
| and | : |
| JOHN DOES 1 through 10 | : |
| **Defendants** | : |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
## FOR LIVE FACE ON WEB, LLC

Alexander Granovsky, Esquire, counsel for plaintiff Live Face On Web, LLC, ('LFOW') hereby moves to withdraw as counsel for plaintiff LFOW.  Dmitry Tuchinsky, Esq. entered his appearance on behalf of LFOW.

                                      Respectfully submitted,

                                      Granovsky Law Offices, PC

                By:      /s/ Alexander Granovsky
                         Alexander Granovsky, Esquire
                         Pennsylvania Attorney ID No. 308387
                         9831 Bustleton Avenue, Suite 2
                         Philadelphia, PA 19115
                         (215) 992-6696 (tel)
                         (215) 992-6695 (fax)

Date:   July 31, 2012

**CERTIFICATE OF SERVICE**

  I do hereby certify that service of a true and correct copy of the within Alexander Granovsky's Motion For Leave To Withdraw As Counsel for Live Face On Web, LLC was made on the 31st day of July, 2012, to the Defendants' counsel of record through ECF.

Daneil L. Cevallos - danny@cevalloswong.com

Perry S. Clegg: pclegg@cleggiplaw.com

             By:  /s/ Alexander Granovsky
                 Alexander Granovsky, Esquire
                 Pennsylvania Attorney ID No. 308387
                 9831 Bustleton Avenue, Suite 2
                 Philadelphia, PA 19115
                 (215) 992-6696 (tel) (215) 992-6695 (fax)

Date: July 31, 2012